SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
NOEL M. HICKS
Nevada Bar No. 13893
noel.hicks@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant*
*Energy Inspectors Corporation*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TEUTA PRIFTI, an individual, | Case No.: 2:20-cv-01249-JCM-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| ENERGY INSPECTORS CORPORATION, a Nevada limited liability company; DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive, | |
| Defendants. | |

Defendant Energy Inspectors Corporation ("Defendant") and Plaintiff Teuta Prifti ("Plaintiff"), by and through their undersigned counsel, hereby stipulate that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

. . .

Each party is to bear their own attorneys' fees and costs.

DATED this 26th day of October, 2020.          DATED this 28th day of October, 2020.

HUTCHINGS LAW GROUP, LLC                        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Mark Hutchings*                            /s/ Suzanne L. Martin

Mark H. Hutchings, Esq.                         Suzanne L. Martin
Nevada Bar No. 12783                            Nevada Bar No. 8833
Stacy Norris, Esq.                              Noel M. Hicks
Nevada Bar No. 15445                            Nevada Bar No. 13893
552 E. Charleston Blvd.                         Wells Fargo Tower
Las Vegas, NV 89104                             Suite 1500
*Attorneys for Plaintiff*                       3800 Howard Hughes Parkway
                                                Las Vegas, NV 89169
                                                *Attorneys for Defendant*
                                                *Energy Inspectors Corporation*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
November 2, 2020
_____
DATED